HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHASE CONSTRUCTION NORTH WEST INC.,

　　　　　Plaintiff,

　　v.

AIX SPECIALTY INSURANCE COMPANY,

　　　　　Defendant.

CASE NO. C15-19RAJ

MINUTE ORDER

　　　The clerk issues the following minute order by the authority of the Honorable Richard A. Jones, United States District Court Judge.

　　　The clerk shall TERMINATE Defendant's motion for summary judgment. Dkt. # 14. If Defendant wishes, it may renew the arguments it made in that motion in a combined opposition to Plaintiff's motion for partial summary judgment and cross-motion for summary judgment, to be filed no later than March 30. That combined document shall not exceed 30 pages, and Defendant shall note the cross-motion for April 17. If Defendant brings a cross-motion, Plaintiff may respond in a combined opposition to Defendant's motion and reply in support of Plaintiff's motion, not to exceed 30 pages. That combined document shall not exceed 30 pages, and Plaintiff shall file it no later than April 13. Defendant may file a reply in support of its motion no later than April 17.

　　　If Defendant files a cross-motion, the court will re-note Plaintiff's motion for April 17.

MINUTE ORDER – 1

The court issues this order in light of Local Rules W.D. Wash. LCR 7(k), which encourages parties filing cross-motions to meet and confer regarding a briefing schedule and a mechanism for combining briefs.  There is no indication that the parties considered that requirement in this case, and there is no indication, upon review of the parties' motions, that anyone will benefit from filing two motions and six briefs.

Dated this 27th day of March, 2015.

WILLIAM M. MCCOOL
Clerk

s/Rhonda Stiles
Deputy Clerk

MINUTE ORDER – 2