HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHASE CONSTRUCTION NORTH WEST INC., <br><br> Plaintiff, <br><br> v. <br><br> AIX SPECIALTY INSURANCE COMPANY, <br><br> Defendant. | CASE NO. C15-19RAJ <br><br> ORDER |

This matter comes before the court on Plaintiff's motion for reconsideration (Dkt. # 31) of the court's June 23, 2015 order granting Defendant's motion for summary judgment.

A motion for reconsideration must demonstrate either "manifest error in the prior ruling" or "new facts or legal authority [that] could not have been brought to [the court's] attention earlier with reasonable diligence." Local Rules W.D. Wash. LCR 7(h)(1). Plaintiff's motion meets neither standard, and the court accordingly DENIES it.

Plaintiff correctly points out that the "Condo Exclusion" that was the focus of the court's order, even under Plaintiff's interpretation, would not cover losses arising from new construction on condominiums. In that sense, the exclusion is not nugatory under

//

//

ORDER – 1

Plaintiff's construction.  Nonetheless, the court find no error in its conclusion that Plaintiff's interpretation renders the exclusion absurd.

DATED this 14th day of July, 2015.

The Honorable Richard A. Jones
United States District Court Judge

ORDER – 2